IN THE UNITED STATES DISTRICT COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   REGINALD SHELTON MCCULLOUGH
ARKANSAS BAR ID #85102

Case No. 4:05MC00014 JLH (Eastern District)
Case No. 05-FA-16 (Western District)

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Mr. McCullough is suspended from practice in the Eastern and Western Districts of Arkansas effective January 1, 2006, pending resolution of the disbarment proceedings.

IT IS SO ORDERED this 21st day of November, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

_____
HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

_____
ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE